1  THE WEISER LAW FIRM, P.C.
   KATHLEEN A. HERKENHOFF (168562)
2  12707 High Bluff Drive, Suite 200
   San Diego, CA 92130
3  Telephone: (858) 794-1441
   Facsimile: (858) 794-1450
4  kah@weiserlawfirm.com

5  THE WEISER LAW FIRM, P.C.
   ROBERT B. WEISER
6  BRETT D. STECKER
   JEFFREY J. CIARLANTO
7  121 N. Wayne Avenue, Suite 100
   Wayne, PA 19087
8  Telephone:  (610) 225-2677
   Facsimile:  (610) 225-2678
9
   Attorneys for Plaintiff
10
   (Additional counsel listed on signature page)
11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER HAMILTON, Derivatively on Behalf of Nominal Defendant CADENCE DESIGN SYSTEMS, INC., | Case No. CV-10-01849 |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER DISMISSING KPMG WITHOUT PREJUDICE |
| vs. | |
| MICHAEL J. FISTER, WILLIAM PORTER, JAMES S. MILLER, JR.,KEVIN BUSHBY, R.L. SMITH MCKEITHEN, LIP-BU TAN, ALBERTO SANGIOVANNI-VINCENTELLI, JOHN B. SHOVEN, DONALD L. LUCAS, GEORGE M. SCALISE, ROGER S. SIBONI, JOHN A.C. SWAINSON, and KPMG LLP | |
| Individual Defendants, | |
| – and – | |
| CADENCE DESIGN SYSTEMS, INC., a Delaware corporation, | |
| Nominal Defendant. | DEMAND FOR JURY TRIAL |

WHEREAS Plaintiff Walter Hamilton ("Plaintiff") and Defendant KPMG LLP ("KPMG") have agreed to the stipulated dismissal of the claims asserted in this action as to KPMG without prejudice;

WHEREAS Plaintiff and KPMG agree that each side shall bear their own costs in connection with this action;

WHEREAS KPMG agrees not to take any action against Plaintiff based upon the filing, litigation or dismissal of this action as to KPMG, and agrees that Plaintiff and his counsel have complied with Rule 11 of the Federal Rules of Civil Procedure in connection with this action; and

WHEREAS no consideration has been offered, promised, paid or received by Plaintiff, KPMG or their respective counsel in connection with this stipulated dismissal.

IT IS HEREBY STIPULATED THAT:

1. KPMG is voluntarily dismissed without prejudice from this action;

2. Plaintiff and KPMG shall each bear their own costs in connection with this action; and

3. KPMG agrees not to take any action against Plaintiff based upon the filing, litigation or dismissal of this action as to KPMG, and agrees that Plaintiff and his counsel have complied with Rule 11 of the Federal Rules of Civil Procedure in connection with this action.

DATED: June 18, 2010                        THE WEISER LAW FIRM, P.C.
                                            KATHLEEN A. HERKENHOFF (168562)


                                               s/KATHLEEN A. HERKENHOFF
                                                KATHLEEN A. HERKENHOFF

                                            12707 High Bluff Drive, Suite 200
                                            San Diego, CA 92130
                                            Telephone: (858) 794-1441
                                            Facsimile: (858) 794-1450
                                            kah@weiserlawfirm.com

1

2                         THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
BRETT D. STECKER
3                         JEFFREY J. CIARLANTO
121 N. Wayne Avenue, Suite 100
4                         Wayne, PA 19087
Telephone:  (610) 225-2677
5                         Facsimile:  (610) 225-2678

6                         THE SHUMAN LAW FIRM
KIP B. SHUMAN (145842)
7                         RUSTY E. GLENN
885 Arapahoe Ave.
8                         Boulder, CO 80302
Telephone: (303) 861-3003
9                         Facsimile: (303) 484-4886

10                        Attorneys for Plaintiffs

11     I, Kathleen A. Herkenhoff, am the ECF User whose ID and password are being use to file

12 this *Stipulation and [Proposed] Order Dismissing KPMG Without Prejudice*.  In compliance with

13 General Order 45, X.B., I hereby attest that Dale Barnes has concurred in this filing.

14 DATED:  June 18, 2010              BINGHAM McCUTCHEN LLP
                                       DALE BARNES
15

16
                                              s/DALE BARNES
17                                                DALE BARNES

18                         DALE BARNES
ADRIENNE TACLAS
19                         Three Embarcadero Center
San Francisco, CA  94111-4067, U.S.A.
20                         Telephone: 415/393-2000
Facsimile:  415/393-2286
21
                        Attorneys for Defendant KPMG LLP
22

23

24

25

26

27

28

**ORDER**

The Court, having considered the above Stipulation of Plaintiff and KPMG, hereby dismisses the claims against KPMG in this action without prejudice pursuant to Rules 23.1 and 41 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED: 6/23/10

~~MAGISTRATE JUDGE HOWARD R. LLOYD~~
JEREMY FOGEL, United States District Judge

1              CERTIFICATE OF SERVICE

2       I hereby certify that on June 18, 2010, I electronically filed the foregoing with the Clerk of
3  the Court using the CM/ECF system which will send notification of such filing to the e-mail
4  addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have sent
5  via UPS overnight to the non-CM/ECF participants indicated on the attached Manual Notice List.
6       I certify under penalty of perjury under the laws of the United States of America that the
7  foregoing is true and correct.  Executed on June 18, 2010.

                                           s/ KATHLEEN A. HERKENHOFF
                                           KATHLEEN A. HERKENHOFF

                                           THE WEISER LAW FIRM
                                           12707 High Bluff Drive, Suite 200
                                           San Diego, CA 92130
                                           Telephone: (858) 794-1441
                                           Facsimile: (858) 794-1450

                                           E-mail: kah@weiserlawfirm.com

# Mailing Information for a Case 5:10-cv-01849-HRL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Kathleen Ann Herkenhoff**
  kah@weiserlawfirm.com

- **Kip Brian Shuman**
  Kip@shumanlawfirm.com,Lisa@shumanlawfirm.com

- **Adrienne L. Taclas**
  adrienne.taclas@bingham.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Jeffrey J Ciarlanto
The Weiser Law Firm P.C.
121 N. Wayne Avenue
Suite 100
Wayne, PA 19087

Rusty E Glenn
The Shuman Law Firm
885 Arapahoe Avenue
Boulder, Co 80302

Brett D Stecker
The Weiser Law Firm P.C.
121 N. Wayne Avenue
Suite 100
Wayne, PA 19087

Robert B. Weiser
The Weiser Law Firm, P.C.
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
```

**Plaintiffs:**
THE WEISER LAW FIRM, P.C.
KATHLEEN A. HERKENHOFF
12707 High Bluff Drive, Suite 200
San Diego, CA 92130
Telephone: (858) 794-1441
Facsimile: (858) 794-1450
kah@weiserlawfirm.com

– and –

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
BRETT D. STECKER
JEFFREY J. CIARLANTO
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
Telephone:  (610) 225-2677
Facsimile:  (610) 225-2678
rw@weiserlawfirm.com
bds@weiserlawfirm.com
jjc@weiserlawfirm.com

THE SHUMAN LAW FIRM
KIP B. SHUMAN
RUSTY E. GLENN
885 Arapahoe Ave.
Boulder, CO 80302
Telephone: (303) 861-3003
Facsimile: (303) 484-4886
kip@shumanlawfirm.com
rusty@shumanlawfirm.com

Attorneys for Plaintiff Walter Hamilton

**Defendants**

Ethan D. Dettmer
Gibson, Dunn & Crutcher LLP
555 Mission Street
San Francisco, CA 94105
Telephone: 415/393-8292
Facsimile:  415/374-8444
edettmer@gibsondunn.com

Timothy K. Roake
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650/849-5300
Facsimile: 650/849-5333
troake@gibsondunn.com

Attorneys for Nominal Defendant Cadence Design Systems, Inc.

Douglas M. Schwab
Hogan Lovells US LLP
4 Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: 415/374-2300
Facsimile:  415/374-2499
Douglas.schwab@hoganlovells.com

Norman Blears
Hogan Lovells US LLP
525 University Avenue 4th Floor
Palo Alto, CA 94301
Telephone: 650/463-4000
Facsimile:  650/463-4199
Norman.blears@hoganlovells.com

Attorneys for Defendants William Porter, James S. Miller, Jr., R.L. Smith McKeithen

Kevin Bushby
19753 Farwell Avenue
Saratoga, CA 95070

Garrett J. Waltzer
Skadden, Arps, Slate, Meagher
 & Flom LLP
525 University Avenue
Palo Alto, CA 94301-1908
Telephone: 650/470-4540
Facsimile:  888/329-2989
Garrett.waltzer@skadden.com

James Lyons
Skadden, Arps, Slate, Meagher & Flom LLP
Four Embarcadero Center, Suite 3800
San Francisco, California 94111
Telephone: 415/984-6400
Facsimile:  415/984-2698
James.lyons@skadden.com

Attorneys for Defendants Michael J. Fister, Lip-Bu Tan, Alberto Sangiovanni-Vincentelli, John B. Shoven, Donald L. Lucas, George M. Scalise, Roger S. Siboni, John A.C. Swainson

Dale E. Barnes
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111
Telephone: 415/393-2522
Facsimile:  415/393-2286
dale.barnes@bingham.com

Attorneys for Defendant KPMG