JAMES E. LYONS (State Bar No. 112582)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, California 94111
Telephone:  (415) 984-6400
Facsimile:  (415) 984-6000

**E-Filed 7/14/2010**

GARRETT J. WALTZER (State Bar No. 130764)
GAL DOR (State Bar No. 242933)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570

Attorneys for Defendants
Michael J. Fister, Donald L. Lucas, Alberto Sangiovanni-Vincentelli, George M. Scalise, John B. Shoven, Roger S. Siboni, John A.C. Swainson and Lip-Bu Tan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER HAMILTON, Derivatively on Behalf of Nominal Defendant CADENCE DESIGN SYSTEMS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MICHAEL J. FISTER, WILLIAM PORTER, JAMES S. MILLER, JR., KEVIN BUSHBY, R.L. SMITH MCKEITHEN, LIP-BU TAN, ALBERTO SANGIOVANNI-VINCENTELLI, JOHN B. SHOVEN, DONALD L. LUCAS, GEORGE M. SCALISE, ROGER S. SIBONI, JOHN A.C. SWAINSON, and KPMG LLP <br><br> Individual Defendants, <br><br> – and – <br><br> CADENCE DESIGN SYSTEMS, INC., a Delaware Corporation, <br><br> Nominal Defendant. | CASE NO.: CV-10-01849 <br><br> **STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

**STIPULATION**

Plaintiff Walter Hamilton ("Hamilton"), defendants Kevin Bushby, Michael J. Fister, Donald L. Lucas, R. L. Smith McKeithen, James S. Miller, Jr., William Porter, Alberto Sangiovanni-Vincentelli, George M. Scalise, John B. Shoven, Roger S. Siboni, John A.C. Swainson, Lip-Bu Tan and nominal defendant Cadence Design Systems, Inc. (collectively, the "Defendants"), by and through their respective counsel, stipulate as follows:

WHEREAS, Hamilton served the Verified Shareholder Derivative Complaint for Breach of Fiduciary Duty, Waste of Corporate Assets, Professional Negligence, Breach of Contract, and Unjust Enrichment (the "Complaint") on all the Defendants;

WHEREAS, Defendants currently are required to answer, move, or otherwise respond to the Complaint by August 16, 2010;

WHEREAS, the initial Case Management Conference in this case is scheduled to proceed on July 16, 2010, at 10:30 a.m., before U.S. District Judge Jeremy Fogel;

WHEREAS, the parties believe that meet and confer discussions among counsel, and the initial Case Management Conference with the Court, will be more meaningful and productive if the Case Management Conference is delayed until after the filing of Defendants' answers or responses to the Complaint;

WHEREAS, the parties agree that it would be best to extend the date of the Case Management Conference by 60 days;

THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED, by and among the parties, acting through their respective attorneys of record, on the basis of the foregoing, that:

1. The Court continue the Case Management Conference from July 16, 2010 to September 16, 2010, or as soon thereafter as the Court's calendar permits.

DATED:  July 12, 2010        THE WEISER LAW FIRM, P.C.

                 By: _____/s/ Kathleen A. Herkenhoff_____
                           Kathleen A. Herkenhoff
                     Attorneys for Plaintiff Walter Hamilton

| | | |
|---|---|---|
| 1 | DATED: July 12, 2010 | GIBSON, DUNN & CRUTCHER LLP |

By: _____/s/ Ethan D. Dettmer_____
Ethan D. Dettmer
Attorneys for Nominal Defendant
Cadence Design Systems, Inc.

DATED: July 12, 2010            SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/ Garrett J. Waltzer_____
Garrett J. Waltzer
Attorneys for Defendants
Michael J. Fister, Donald L. Lucas, Alberto Sangiovanni-
Vincentelli, George M. Scalise, John B. Shoven, Roger John
Siboni, John A.C. Swainson, and Lip-Bu Tan

DATED: July 12, 2010            HOGAN LOVELLS LLP

By: _____/s/ Douglas M. Schwab_____
Douglas M. Schwab
Attorneys for Defendants
R.L. Smith McKeithen, James S. Miller,
and William Porter

DATED: July 12, 2010            DLA PIPER LLP

By: _____/s/ Noah A. Katsell_____
Noah A. Katsell
Attorneys for Defendant Kevin Bushby

## ORDER

IT IS SO ORDERED.  The Case Management Conference is continued until September __17__ 2010, at __10:30__ a.m.

DATED: July __14__, 2010

_____
The Honorable Jeremy Fogel
United States District Court Judge

-2-
**STIPULATION CONTINUING CASE MANAGEMENT
CONFERENCE AND [PROPOSED] ORDER; CASE NO. C-10-01849**

**ATTESTATION PURSUANT TO GENERAL ORDER 45, SECTION X, B**

I, Garrett J. Waltzer, am the ECF User whose identification and password are being used to file Defendants' Stipulation Continuing Case Management Conference and [Proposed] Order. In compliance with General Order 45.X.B, I hereby attest that each of the counsel executing the Stipulation has concurred in this filing.

DATED: July 12, 2010                    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/ Garrett J. Waltzer_____
Garrett J. Waltzer
Attorneys for Defendants
Michael J. Fister, Donald L. Lucas, Alberto Sangiovanni-Vincentelli, George M. Scalise, John B. Shoven, Roger John Siboni, John A.C. Swainson, and Lip-Bu Tan

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non- CM/ECF participants indicated on the attached Manual Notice List.

_____/s/ Garrett J. Waltzer_____
Garrett J. Waltzer

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
Telephone:   (650) 470-4500
Facsimile:    (650) 470-4570

# Mailing Information for a Case 5:10-cv-01849-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Kathleen Ann Herkenhoff**
  kah@weiserlawfirm.com

- **Noah A. Katsell**
  noah.katsell@dlapiper.com,joyce.graham@dlapiper.com

- **Kip Brian Shuman**
  Kip@shumanlawfirm.com,Lisa@shumanlawfirm.com

- **Garrett J. Waltzer**
  gwaltzer@skadden.com,jschilli@skadden.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Jeffrey J Ciarlanto
The Weiser Law Firm P.C.
121 N. Wayne Avenue
Suite 100
Wayne, PA 19087

Rusty E Glenn
The Shuman Law Firm
885 Arapahoe Avenue
Boulder, Co 80302

Brett D Stecker
The Weiser Law Firm P.C.
121 N. Wayne Avenue
Suite 100
Wayne, PA 19087

Robert B. Weiser
The Weiser Law Firm, P.C.
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
```