\*\*E-Filed 8/12/2010\*\*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| WALTER HAMILTON, Derivatively on Behalf of Nominal Defendant CADENCE DESIGN SYSTEMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL J. FISTER, WILLIAM PORTER, JAMES S. MILLER, JR., KEVIN BUSHBY, R.L. SMITH MCKEITHEN, LIP-BU TAN, ALBERTO SANGIOVANNI-VINCENTELLI, JOHN B. SHOVEN, DONALD L. LUCAS, GEORGE M. SCALISE, ROGER S. SIBONI, JOHN A.C. SWAINSON, AND KPMG LLP, <br><br> Defendants <br><br> - and - <br><br> CADENCE DESIGN SYSTEMS, INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No.: 10-CV-01849-LHK <br><br> ORDER GRANTING STIPULATION TO STAY LITIGATION AND SETTING BRIEFING SCHEDULE <br><br> [re: docket no. 19] |

Case No.: 10-CV-01849-LHK
ORDER GRANTING STIPULATION TO STAY LITIGATION AND SETTING BRIEFING SCHEDULE

Pursuant to the parties' stipulation:

1. The parties shall engage in settlement discussions to be concluded by October 1, 2010.

2. This case, including discovery, is stayed until September 15, 2010.

3. If the parties are unable to resolve this matter through settlement, the Defendants shall respond to the complaint on or before September 30, 2010.

4. If any Defendant files a motion in response to the Complaint, any opposition shall be filed on or before November 10, 2010, and any reply shall be filed on or before December 3, 2010.

5. If Defendants file separate motions in response to the Complaint, Plaintiff shall be permitted to file consolidated oppositions to one or more of the motions. The combined total page length of all oppositions filed by Plaintiff shall be equal to or less than the sum of the page lengths permitted by Northern District of California Civil Local Rules 7-3(a) and 7-4(b) if Plaintiff were to respond to each of the motions separately.

6. The hearing date for any motion filed by Defendants in response to the Complaint shall be set for December 16, 2010 at 1:30 pm in Courtroom 4, 5th Floor, San Jose.

7. The initial Case Management Conference will be held on October 20, 2010 at 2:00 pm in Courtroom 4, 5th Floor, San Jose. Parties to submit a Joint Case Management Statement in compliance with Rule 26 of the Federal Rules of Civil Procedure and this Court's Standing Orders by October 13, 2010. Such Joint Case Management Statement shall also include the information requested in paragraph ten of the Court's August 2, 2010 Reassignment Order. No separate statement shall be filed on August 18, 2010.

Case No.: 10-CV-01849-LHK
ORDER GRANTING STIPULATION TO STAY LITIGATION AND SETTING BRIEFING SCHEDULE

1  **IT IS SO ORDERED.**

2  DATED: August 12, 2010

3  _Lucy H. Koh_
4  LUCY H. KOH
   United States District Judge

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3